UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lloyd B. Williams,

    Petitioner,

    v.                                        Case No. 2:13-cv-24

Warden North Central Correctional       Judge Michael H. Watson
Institution,

    Respondent.

## ORDER

On January 28, 2014, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Lloyd B. Williams' ("Petitioner") petition in this habeas corpus case. The R&R recommended granting Respondent's motion to dismiss. R&R, ECF No. 12.

The R&R notified the parties of their right to file objections to the R&R. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to de novo review by the District Judge and the right to appeal the decision of the District Judge adopting the R&R. R&R 15, ECF No. 12. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**.  The Court **DISMISSES** Petitioner's petition.  The Clerk shall enter final judgment for Respondent and terminate the case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**